UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES LYLE and FULMAR ADVISORS LTD,<br><br>　　　　　　Defendants. | No. 1:24-cv-02767-JPC |

## RULE 68 JUDGMENT

WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants James Lyle and Fulmar Advisors LTD offered to allow Plaintiff Emily Smith ("Plaintiff") to take a judgment against them, in the total sum of One Hundred Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($132,500.00) (the "Judgment Amount") in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 22, 2025 and filed as Exhibit A to Docket Number 55;

WHEREAS, on August 25, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 55);

It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiff Emily Smith, in the sum of $132,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 22, 2025 and filed as Exhibit A to Docket Number 55. The Clerk of the Court is respectfully directed to close this case.

So Ordered: September 17, 2025

_____
Hon. John P. Cronan, USDJ